**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JEFFREY A. KORBEL,**

    **Petitioner,**

    v.                    **CASE NO. 2:06-cv-625
JUDGE MARBLEY
MAGISTRATE JUDGE KING**

**ROB JEFFREYS, Warden,**

    **Respondent.**

### OPINION AND ORDER

On October 24, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that claim two of the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations. The Magistrate Judge also noted that the claim was without merit. Although the parties were explicitly advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** Claim two of petitioner's habeas corpus petition hereby is **DISMISSED.**

    **IT IS SO ORDERED.**

                              *s/Algenon L. Marbley*
                              ALGENON L. MARBLEY
                              United States District Judge