**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JEFFREY A. KORBEL,**

    **Petitioner,**

    v.                      **CASE NO. 2:06-CV-625
JUDGE MARBLEY
MAGISTRATE JUDGE KING**

**ROB JEFFREYS, Warden,**

    **Respondent.**

### OPINION AND ORDER

On January 4, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that claim one of the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations.  Although the parties were explicitly advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  This action is hereby is **DISMISSED.**

    **IT IS SO ORDERED.**

                                                *s/Algenon L. Marbley*
                                                ALGENON L. MARBLEY
                                                United States District Judge